# HANSKI PARTNERS LLC

85 Delancey Street
New York, New York 10002
Phone:  212.248.7400

February 20, 2025

<u>*Via ECF*</u>
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



Re:    *Motion to Extend the Parties' Time to File Joint Letter and Proposed Scheduling Order*
        <u>*Rafael Figueroa v. OR 145 Avenue C, LLC, et al.; 1:24-cv-08490 (KPF)*</u>

Dear Judge Failla:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to extend the parties' time to file their Joint Letter and jointly proposed Scheduling Order by one day, from February 20, 2025 to February 21, 2025.  Plaintiff makes this belated request as he still awaits the defendants' comments on both documents.

Plaintiff provided his proposed Joint Letter and proposed Scheduling Order to defendants today, at 12.38pm, and followed up with defendants this afternoon at 5.08pm and 8.50pm. Plaintiff will follow up with defendants again tomorrow, February 21st , to obtain their comments.  As defendants' counsel have timely responded to the undersigned in the past, plaintiff presumes that the parties will be able to file a Joint Letter and jointly proposed Scheduling Order by the new deadline.  In the event defendants do not respond to plaintiff's request for comments, plaintiff will file his proposed Letter and proposed Scheduling Order by 6:00pm on February 21, 2025.

Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/

Robert G. Hanski, Esq.

The Court has reviewed Plaintiff's letter.  (Dkt. #20).  The initial pretrial conference is currently scheduled for March 6, 2025, at 11:00 a.m. (*See* Dkt. #19).  The joint letter and proposed case management plan and scheduling order are therefore due on the Thursday prior to the conference (*see* Dkt. #7), which, in this case, is February 27, 2025.  Therefore, Plaintiff's application is DENIED as moot.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:     February 21, 2025          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE