UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL FIGUEROA,<br><br>      Plaintiff,<br><br>   -v.-<br><br>OR 145 AVENUE C, LLC and BDSHEA GRAND LLC,<br><br>      Defendants. | 24 Civ. 8490 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 1, 2025, the Court referred this action to the Court-annexed Mediation Program. (Dkt. #34). The Court understands that a mediator has been assigned, and that a mediator schedule is due by September 3, 2025. (August 4, 2025 Minute Entry). Accordingly, the Court ADJOURNS *sine die* the post-fact discovery pretrial conference previously scheduled for September 11, 2025. The parties are hereby ORDERED to file a joint letter updating the Court about the outcome of mediation within a week of its taking place, or on or before **October 17, 2025**, whichever comes first.

  SO ORDERED.

Dated: September 2, 2025
    New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge